IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME WHITE, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| -*vs*- | ) | No. 13 CV ____ |
| | ) | |
| VILLAGE OF DOLTON and | ) | *(jury demand)* |
| POLICE SERGEANT LEWIS | ) | |
| LACEY #54 | ) | |
| | ) | |
| *Defendants*. | ) | |

# COMPLAINT

Plaintiffs, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Jerome White is a resident of the Northern District of Illinois.

3. Defendant Village of Dolton is an Illinois municipal corporation. Plaintiff brings a state law claim against the municipality.

4. Defendant Police Sergeant Lewis Lacey #54 was at all times relevant acting under color of his office as a police officer of the Village of Dolton, Illinois. Plaintiff sues Lacey in his individual capacity.

5. Plaintiff was lawfully standing outside of his home in Dolton, Illinois at about 4:30 p.m. on July 11, 2013 when defendant Lacey arrested him.

6. Defendant Lacey did not have a lawful basis to arrest plaintiff.

7. Defendant Lacey used excessive and unreasonable force in making the full custodial arrest.

8. After arresting plaintiff, Lacey caused plaintiff to be transported to the Dolton police station.

9. At the police station, Lacey caused plaintiff to be charged with an ordinance violation.

10. Lacey did not have a reasonable basis to cause plaintiff to be charged with any offense.

11. Lacey filed the false charge to cover up his false arrest and his use of excessive and unreasonable force.

12. As a result of the foregoing, plaintiff was deprived of rights secured by the Fourth Amendment to the Constitution of the United States and suffered personal injuries.

13. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered in his favor and against defendant Lacey in the amount of fifty thousand dollars as compensatory damages and one hundred thousand dollars as punitive damages, and that the Court declare that defendant Village of Dolton is liable, as the indemnifier, for any award of compensatory damages

/s/ Kenneth N. Flaxman
KENNETH N. FLAXMAN
ARDC No. 830399
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200

*Attorney for Plaintiff*